UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS HERMIZ,

        Plaintiff,                        Case Number 16-11214

v.                                                  Honorable David M. Lawson

DAVID BUDZYNOWSKI,
JIM WERN, KYLE KNAUSS
and KRISTEN ROBINSON,

        Defendants.
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

This matter is before the Court on the plaintiff's motion for a new trial. The Court has reviewed the submissions of the parties and heard oral argument on February 22, 2018. At the end of the hearing the Court announced from the bench its decision to deny the motion.

Accordingly, it is **ORDERED** that the plaintiff's motion for new trial [155] is **DENIED** for the reasons stated on the record.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated: February 23, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 23, 2018.

                                     s/Susan Pinkowski
                                     SUSAN PINKOWSKI